## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNETTE ASHE,** | : | **CIVIL ACTION NO. 1:18-CV-605** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **SHANNON RYAN,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 19th day of June, 2018, upon consideration of Plaintiff's Motion (Doc. 4) for Alternative Service, it is hereby ORDERED that said motion is GRANTED. It is further ORDERED that Plaintiff Annette Ashe is to provide notice of the claims against Defendant Shannon Ryan through the following: 1) mailing of the Summons and Complaint via regular and first class mail to Defendant Shannon Ryan at 14777 Wunderlich Drive, #712, Houston, Texas 77069; 2) posting of the Summons and Complaint at the 14777 Wunderlich Drive, #712, Houston, Texas 77069 residence.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania