# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNETTE ASHE,** | : | CIVIL ACTION NO. 1:18-CV-605 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SHANNON RYAN,** | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 2nd day of November, 2018, upon consideration of the motion (Doc. 7) to dismiss the complaint and for summary judgment by *pro se* defendant Shannon Ryan ("Ryan"), and the parties' respective briefs in support of and opposition to said motion, it is hereby ORDERED that:

1. Ryan's motion (Doc. 7) to dismiss the complaint is DENIED. Ryan's motion (Doc. 7) for summary judgment is DENIED without prejudice to her right to file such motion at a more appropriate time.

2. Ryan shall respond to plaintiff's complaint (Doc. 1) in accordance with the Federal Rules of Civil Procedure.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania