# EXHIBIT LIST

**JUDGE WILSON**                                                                  **CASE NUMBER: 1:18-CV-00605**

| Plaintiff | Defendant | Description of Item | Identified | Ruling | Witness |
|---|---|---|---|---|---|
| 1 |  | Complaint | Y | Adm. |  |
| 2 |  | Answer | Y | Adm. |  |
| 3 |  | Emails between parties | Y | Adm. | Annette Ashe<br>Shannon Ryan |
| 4 |  | Emails between parties | Y | Adm. | Annette Ashe<br>Shannon Ryan |
| 5 |  | Emails between parties | Y | Adm. | Annette Ashe<br>Shannon Ryan |
| 6 |  | Text messages between the parties | Y | Adm. | Annette Ashe<br>Shannon Ryan |
| 7 |  | Defendant's Answers to Plaintiff's Interrogatories | Y | Adm. |  |
| 8 |  | Plaintiff's Answers to Defendant's Interrogatories | Y | Adm. |  |
| 9 |  | Plaintiff's Supplemental Answers to Defendant's Interrogatories | Y | Adm. |  |
| 10 |  | PHEAA PP Statement for 4/7/2020 reflecting current loan balance | Y | Adm. | Annette Ashe |
| 11 |  | Affidavit from PHEAA records custodian re authenticity of loan balance records | Y | Adm. |  |
| 12 |  | IRS Notice - Amount due $837.00 | Y | Adm. |  |

| 13 |  | Letter from IRS dated 3/9/2015 | Y | Adm. |  |
| 14 |  | Letter to IRS dated 1/10/2015 | Y | Adm. |  |
| 15 |  | Defendant's "Timeline of Events" | Y | Adm. | Shannon Ryan |
| 16 |  | Spreadsheet chart of payments | Y | Adm. |  |
|  | 1 | Complaint |  |  |  |
|  | 2 | Answer |  |  |  |
|  | 3 | Defendant's MOHELA loan Statement from January 9, 2019 |  |  |  |
|  | 7 | Defendant's Federal Student Aid Department of Educational National Student Loan Data System (NSLDS) Statement and Accounting Statements from University of Baltimore | Y | Adm. |  |
|  | 8 | Plaintiff's Letter from Law Office of Meredith Allie, LLC. Dated September 6, 2017 | Y | Adm. |  |
|  | 9 | Plaintiff's Pre-trial Memorandum dated April 21, 2021 | Y | Adm. |  |
|  | 10 | Joint Bank Statement for February 20, 2014 to March 20, 2014 | Y | Adm. |  |
|  | 11 | IRS Tax Changes | Y | Adm. |  |